# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE BONILLA, | : | CIVIL ACTION |
| Petitioner | : | |
| | : | |
| v. | : | NO. 09-2365 |
| | : | |
| JOHN KERESTES, et al., | : | |
| Respondents | : | |

## O R D E R

**AND NOW**, this 7th day of January, 2010, upon careful and independent consideration of the petition for writ of *habeas corpus* (Document #9), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Linda K. Caracappa, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for writ of *habeas corpus* is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

IT IS FURTHER ORDERED that the defendants' motion to supplement the record (Document #8) is GRANTED *nunc pro tunc*.

The Clerk of Court is directed to mark this case CLOSED for statistical purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.